JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC M. GALANTI,<br><br>　　　　Defendant. | NO. CR16-00064RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the defense unopposed motion for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the unopposed motion to continue trial date (Dkt. #11) is GRANTED and the trial date in this matter is continued from June 6, 2016 to October 11, 2016.  All pretrial motions, including motions in limine, shall be filed no later than August 25, 2016.

///

///

///

///

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*Eric M. Galanti*, CR16-00064RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

THE COURT further finds that the period of time from the date of this order through the new trial date of October 11, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DATED this 5th day of May, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*Eric M. Galanti*, CR16-00064RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**