JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-00064RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE PRETRIAL MOTIONS DEADLINE |
| ERIC M. GALANTI, | |
| Defendant. | |

The defendant, having moved for an extension of the pretrial motions deadline, which is unopposed in this matter, and the Court having concluded that such an extension should be ordered, now, therefore, it is hereby

ORDERED that the time within which to file all pretrial motions, including motions in limine, is hereby extended from August 25, 2016, to September 15, 2016.

DATED this 29th day of August, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE  PRETRIAL MOTIONS
DEADLINE
(*Eric M. Galanti*, CR16-00064RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100