JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-00064RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| ERIC M. GALANTI, | |
| Defendant. | |

THE COURT has considered the Defendant's unopposed motion for a continuance of the trial date.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial,

IT IS THEREFORE ORDERED that Defendant's unopposed motion (Dkt. #24) is GRANTED.  The trial date in this matter is continued to January 23, 2017.  All pretrial motions, including motions in limine, shall be filed no later than December 8, 2016.

///

///

///

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(*Eric M. Galanti*, CR16-00064RAJ) - 1

FEDERAL PUBLIC DEFENDER
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  IT IS FURTHER ORDERED that the period of time from the date of this Order
2  through the new trial date of January 23, 2017, shall be excludable time pursuant to the
3  Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

4  DATED this 3rd day of October, 2016.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(*Eric M. Galanti*, CR16-00064RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**